Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, Plaintiff, vs. ACCORD BUSINESS FUNDING, LLC and DOES 1 through 10, inclusive, and each of them, Defendants. | Case No. 2:21-cv-05579-FLA-AGR **NOTICE OF SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to all named Defendants. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: September 15, 2021            **Law Offices of Todd M. Friedman, P.C.**

                                                              By: s/ Adrian R. Bacon
                                                                   Adrian R. Bacon

# CERTIFICATE OF SERVICE

Filed electronically on September 15, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on September 15, 2021, to:

To the Honorable Court, all parties and their Counsel of Record


<u>s/Adrian R. Bacon</u>
  Adrian R. Bacon