JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERRY FABRICANT,

                              Plaintiff,

         v.

ACCORD BUSINESS FUNDING,
LLC; and DOES 1 through 10,

                              Defendants.

Case No. 2:21-cv-05579-FLA (AGRx)

**ORDER DISMISSING ACTION
[DKT. 16]**

1

On January 19, 2022, Plaintiff Terry Fabricant ("Plaintiff") filed a Notice of Voluntary Dismissal of Action ("Notice of Dismissal"), requesting the court dismiss this action with prejudice as to Plaintiff and without prejudice as to the putative class. Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

  1. All deadlines governing this action are vacated.
  2. The court DISMISSES the action with prejudice as to Plaintiff and without prejudice as to the putative class.

IT IS SO ORDERED.

Dated: January 19, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge